| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (if known): _____    Chapter ____

**FILED**

at 2 O'clock & 57 min. P M

OCT 10 2023

United States Bankruptcy Court
Columbia, South Carolina

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Excel Auto & Transportation  LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   92 - 1 0 4 4 9 2 0

4. **Debtor's address**

   **Principal place of business**

   89 Old Trolley Rd
   Number    Street

   Summerville   SC   29485
   City    State   ZIP Code

   Dorchester
   County

   **Mailing address, if different from principal place of business**

   112 Delaney Circle
   Number    Street

   P.O. Box

   Summerville   SC   29485
   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State   ZIP Code

5. **Debtor's website** (URL)

Debtor    _Excel Auto & Transportation LLC_    Case number (if known)_____
         Name

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 8 4 2

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor  Excel Auto & Transportation LLC                    Case number (if known) _____
          Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District South Carolina When 9/12/23 Case number 23-02861
                              MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____
                                          MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                      State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

Debtor    Excel Auto & Transportation LLC     Case number (if known)_____
        Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 10 2023
        MM / DD / YYYY

X _Michael Jones/Owner_              _Michael Jones_
Signature of authorized representative of debtor        Printed name

Title  _Owner_

Debtor    _Excel Auto & Transportation LLC_    Case number _(if known)_ _____
          Name

**18. Signature of attorney**    ✖ _____    Date _____
                                  Signature of attorney for debtor       MM  / DD / YYYY

                                  _____
                                  Printed name

                                  _____
                                  Firm name

                                  _____
                                  Number      Street

                                  _____    _____
                                  City                          State      ZIP Code

                                  _____    _____
                                  Contact phone                 Email address

                                  _____    _____
                                  Bar number                    State

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number: _____

☐ Check if this is an amended filing

Official Form 425B

## Disclosure Statement for Small Business Under Chapter 11                     12/17

*Excel Auto e Transportation LLC*                    *10-10-23*

[Name of Proponent]        ]'s Disclosure Statement, Dated [Insert Date]

**Table of Contents.** See instructions about how to modify the table of contents if you do not have all of the sections below.

[Insert when text is finalized]

I. Introduction ........................................................................................................... 3
   A. Purpose of This Document ................................................................................. 3
   B. Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing ............. 3
   C. Disclaimer ...................................................................................................... 4
II. Background ......................................................................................................... 4
   A. Description and History of the Debtor's Business .............................................. 4
   B. Insiders of the Debtor ...................................................................................... 4
   C. Management of the Debtor During the Bankruptcy ............................................ 4
   D. Events Leading to Chapter 11 Filing ................................................................. 4
   E. Significant Events During the Bankruptcy Case ................................................. 5
   F. Projected Recovery of Avoidable Transfers ...................................................... 5
   G. Claims Objections ........................................................................................... 5
   H. Current and Historical Financial Conditions ...................................................... 6
III. Summary of the Plan of Reorganization and Treatment of Claims and Equity Interests ............ 6
   A. What Is the Purpose of the Plan of Reorganization? .......................................... 6
   B. Unclassified Claims ......................................................................................... 6
      1. Administrative expenses, involuntary gap claims, and quarterly and Court fees ... 6
      2. Priority tax claims ........................................................................................ 7
   C. Classes of Claims and Equity Interests ............................................................. 7
      1. Classes of secured claims ............................................................................. 7
      2. Classes of priority unsecured claims .............................................................. 8
      3. Classes of general unsecured claims .............................................................. 9
      4. Classes of equity interest holders ................................................................ 10
   D. Means of Implementing the Plan ..................................................................... 10
      1. Source of payments ................................................................................... 10
      2. Post-confirmation Management ................................................................... 10
   E. Risk Factors ................................................................................................. 10
   F. Executory Contracts and Unexpired Leases ..................................................... 11
   G. Tax Consequences of Plan ............................................................................ 11
IV. Confirmation Requirements and Procedures .......................................................... 12
   A. Who May Vote or Object ................................................................................ 12
      1. What is an allowed claim or an allowed equity interest? .................................. 12
      2. What is an impaired claim or impaired equity interest? .................................... 12
      3. Who is not entitled to vote ........................................................................... 13
      4. Who can vote in more than one class ............................................................ 13
   B. Votes Necessary to Confirm the Plan .............................................................. 13
      1. Votes necessary for a class to accept the plan .............................................. 13

Debtor Name _Excel Auto & Transportation LLC_    Case number_____

    2. Treatment of non-accepting classes of secured claims, general unsecured  claims, and interests ...................... 13

  C. Liquidation Analysis ........................................................................................................................................ 14

  D. Feasibility ......................................................................................................................................................... 14

    1. Ability to initially fund plan ........................................................................................................................ 14

    2. Ability to make future plan payments and operate without further reorganization ................................ 14

V. Effect of Confirmation of Plan ............................................................................................................................ 15

  A. Discharge of Debtor ......................................................................................................................................... 15

  B. Modification of Plan ......................................................................................................................................... 15

  C. Final Decree ..................................................................................................................................................... 16

VI. Other Plan Provisions ....................................................................................................................................... 16

  Exhibit A:  Copy of Proposed Plan of Reorganization ........................................................................................ 17

  Exhibit B: Identity and Value of Material Assets of Debtor ................................................................................ 18

  Exhibit C: Prepetition Financial Statements ...................................................................................................... 19

  Exhibit D: [Most Recently Filed Postpetition Operating Report] ...................................................................... 20

  Exhibit E: Liquidation Analysis .......................................................................................................................... 21

  Exhibit F: Cash on hand on the effective date of the Plan ................................................................................ 22

  Exhibit G: Projections of Cash Flow for Post-Confirmation Period .................................................................. 23

Debtor Name _Excel Auto & Transportation LLC_    Case number_____

---

## ■ I. Introduction

This is the disclosure statement (the *Disclosure Statement*) in the small business chapter 11 case of
_Excel Auto & Transport_ (the *Debtor*). This Disclosure Statement provides information about the Debtor and
the Plan filed on [insert date] (the *Plan*) to help you decide how to vote.

A copy of the Plan is attached as *Exhibit A*. **Your rights may be affected**. You should read the
Plan and this Disclosure Statement carefully. You may wish to consult an attorney about your rights
and your treatment under the Plan.

The proposed distributions under the Plan are discussed at pages [ - ] of this Disclosure
Statement. [General unsecured creditors are classified in Class [ ], and will receive a distribution of [ ] % of their
allowed claims, to be distributed as follows [_____.]

### A. Purpose of This Document

This Disclosure Statement describes:

- The Debtor and significant events during the bankruptcy case,

- How the Plan proposes to treat claims or equity interests of the type you hold (*i.e.*, what
  you will receive on your claim or equity interest if the plan is confirmed),

- Who can vote on or object to the Plan,

- What factors the Bankruptcy Court (the *Court*) will consider when deciding whether to
  confirm the Plan,

- Why [the proponent] believes the Plan is feasible, and how the treatment of your claim or
  equity interest under the Plan compares to what you would receive on your claim or
  equity interest in liquidation, and

- The effect of confirmation of the Plan.

Be sure to read the Plan as well as the Disclosure Statement. This Disclosure Statement
describes the Plan, but it is the Plan itself that will, if confirmed, establish your rights.

### B. Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing

The Court has not yet confirmed the Plan described in this Disclosure Statement. A separate
order has been entered setting the following information:

- Time and place of the hearing to [finally approve this disclosure statement and] confirm the
  plan,

- Deadline for voting to accept or reject the plan, and

- Deadline for objecting to the [adequacy of disclosure and] confirmation of the plan.

If you want additional information about the Plan or the voting procedure, you should contact
[insert name and address of representative of plan proponent].

---

Debtor Name _Excel Auto & Transportation LLC_    Case number _____

### C. Disclaimer

The Court has [conditionally] approved this Disclosure Statement as containing adequate information to enable
parties affected by the Plan to make an informed judgment about its terms. The Court has not yet determined
whether the Plan meets the legal requirements for confirmation, and the fact that the Court has approved this
Disclosure Statement does not constitute an endorsement of the Plan by the Court, or a recommendation that it
be accepted.

## II. Background

### A. Description and History of the Debtor's Business

The Debtor is a [corporation, partnership, etc.]. Since [insert year operations commenced], the Debtor has
been in the business of _Trucking_ . [Describe the Debtor's
business].

_LLC_    _2019_

### B. Insiders of the Debtor

[Insert a detailed list of the names of Debtor's insiders as defined in § 101(31) of the  United States Bankruptcy Code
(the Code) and their relationship to the Debtor.

For each insider, list all compensation paid by the Debtor or its affiliates to that person or entity during the 2 years prior to
the commencement of the Debtor's bankruptcy case, as well as compensation paid during the pendency of this chapter
11 case.]

### C. Management of the Debtor During the Bankruptcy

List the name and position of all current officers, directors, managing members, or other persons
in control (collectively the *Management*) who will not have a position post-confirmation that you
list in III D 2.

| Name | Position |
|------|----------|
| _Michael Jones_ | _Owner_ |
| | |
| | |
| | |
| | |

### D. Events Leading to Chapter 11 Filing

[Describe the events that led to the commencement of the Debtor's bankruptcy case.]

Debtor Name _Excel Auto & Transportation LLC_    Case number_____

### E. Significant Events During the Bankruptcy Case

[Describe significant events during the Debtor's bankruptcy case:

- ▪ Describe any asset sales outside the ordinary course of business, Debtor in Possession financing, or cash collateral orders.

- ▪ Identify the professionals approved by the court.

- ☒ Describe any adversary proceedings that have been filed or other significant litigation that has occurred (including contested claim disallowance proceedings), and any other significant legal or administrative proceedings that are pending or have been pending during the case in a forum other than the Court.

- ▪ Describe any steps taken to improve operations and profitability of the Debtor.

- ▪ Describe other events as appropriate.]

### F. Projected Recovery of Avoidable Transfers

Check one box.

❑    The Debtor does not intend to pursue preference, fraudulent conveyance, or other avoidance actions.

❑    The Debtor estimates that up to $[_____] may be realized from the recovery of fraudulent, preferential or other avoidable transfers. While the results of litigation cannot be predicted with certainty and it is possible that other causes of action may be identified, the following is a summary of the preference, fraudulent conveyance and other avoidance actions filed or expected to be filed in this case:

| Transaction | Defendant | Amount Claimed |
|---|---|---|
|  |  |  |
|  |  |  |

☒    The Debtor has not yet completed its investigation with regard to prepetition transactions. If you received a payment or other transfer within 90 days of the bankruptcy, or other transfer avoidable under the Code, the Debtor may seek to avoid such transfer.

### G. Claims Objections

Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Debtor reserves the right to object to claims. Therefore, even if your claim is allowed for voting purposes, you may not be entitled to a distribution if an objection to your claim is later upheld. Disputed claims are treated in Article 5 of the Plan.

Debtor Name *Excel Auto & Transportation LLC*        Case number_____

### H. Current and Historical Financial Conditions

The identity and fair market value of the estate's assets are listed in *Exhibit B*. [Identify source and basis of valuation.]

The Debtor's most recent financial statements [if any] issued before bankruptcy, each of which was filed with the Court, are set forth in *Exhibit C*.

[The most recent post-petition operating report filed since the commencement of the Debtor's bankruptcy case is set forth in *Exhibit D*.]

[A summary of the Debtor's periodic operating reports filed since the commencement of the Debtor's bankruptcy case is set forth in *Exhibit D*.]

## III. Summary of the Plan of Reorganization and Treatment of Claims and Equity Interests

### A. What Is the Purpose of the Plan of Reorganization?

As required by the Code, the Plan places claims and equity interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of claims or equity interests is impaired or unimpaired. If the Plan is confirmed, your recovery will be limited to the amount provided by the Plan.

### B. Unclassified Claims

Certain types of claims are automatically entitled to specific treatment under the Code. They are not considered impaired, and holders of such claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. Therefore, the Plan Proponent has *not* placed the following claims in any class:

### 1. Administrative expenses, involuntary gap claims, and quarterly and Court fees

Administrative expenses are costs or expenses of administering the Debtor's chapter 11 case which are allowed under § 503(b) of the Code. Administrative expenses include the value of any goods sold to the Debtor in the ordinary course of business and received within 20 days before the date of the bankruptcy petition, and compensation for services and reimbursement of expenses awarded by the court under § 330(a) of the Code. The Code requires that all administrative expenses be paid on the effective date of the Plan, unless a particular claimant agrees to a different treatment. Involuntary gap claims allowed under § 502(f) of the Code are entitled to the same treatment as administrative expense claims. The Code also requires that fees owed under section 1930 of title 28, including quarterly and court fees, have been paid or will be paid on the effective date of the Plan.

The following chart lists the Debtor's estimated administrative expenses, and quarterly and court fees, and their proposed treatment under the Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|---|---|---|
| Administrative expenses | | Paid in full on the effective date of the Plan, unless the holder of a particular claim has agreed to different treatment |
| Involuntary gap claims | | Paid in full on the effective date of the Plan, unless the holder of a particular claim has agreed to different treatment |
| Statutory Court fees | | Paid in full on the effective date of the Plan |

Debtor Name _Excel Auto & Transporation LLC_   Case number_____

| Statutory quarterly fees | | Paid in full on the effective date of the Plan | |
| Total | | | |

## 2. Priority tax claims

Priority tax claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim pursuant to 11 U.S.C. § 511, in regular installments paid over a period not exceeding 5 years from the order of relief.

The following chart lists the Debtor's estimated § 507(a)(8) priority tax claims and their proposed treatment under the Plan:

| Description (Name and type of tax) | Estimated Amount Owed | Date of Assessment | Treatment | |
|---|---|---|---|---|
| | $ | | Payment interval | |
| | | | [Monthly] payment | $ |
| | | | Begin date | |
| | | | End date | |
| | | | Interest rate | % |
| | | | Total payout amount | $ |
| | $ | | Payment interval | |
| | | | [Monthly] payment | $ |
| | | | Begin date | |
| | | | End date | |
| | | | Interest rate | % |
| | | | Total payout amount | $ |

## C. Classes of Claims and Equity Interests

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

### 1. Classes of secured claims

Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code. If the value of the collateral or setoffs securing the creditor's claim is less than the amount of the creditor's allowed claim, the deficiency will [be classified as a general unsecured claim].

Debtor Name _Excel Auto & Transportation LLC_    Case number_____

The following chart lists all classes containing Debtor's secured prepetition claims and their proposed treatment under the Plan:

| Class # | Description | Impairment? | | Treatment | |
|---|---|---|---|---|---|
| | *Secured claim of:* Name _Paradigm_ | ☐ Impaired ☐ Unimpaired | | [Monthly] payment | $ |
| | Collateral description _2016 Dumptruck_ | | | Payments begin | |
| | Allowed secured amount $ _125,000_ | | | Payments end | |
| | Priority of lien | | | [Balloon payment] | |
| | Principal owed | | | Interest rate | % |
| | Pre-pet. arrearage | | | Treatment of lien | |
| | Total claim $ _125,000_ | | | [Additional payment required to cure defaults] $ | |
| | *Secured claim of:* Name | ☐ Impaired ☐ Unimpaired | | [Monthly] payment | $ |
| | Collateral description | | | Payment begin | |
| | Allowed secured amount $ | | | Payments end | |
| | Priority of lien | | | [Balloon payment] | |
| | Principal owed | | | Interest rate | % |
| | Pre-pet. arrearage | | | Treatment of lien | |
| | Total claim $ | | | [Additional payment required to cure defaults] $ | |

**2. Classes of priority unsecured claims**

The Code requires that, with respect to a class of claims of a kind referred to in §§ 507(a)(1), (4), (5), (6), and (7), each holder of such a claim receive cash on the effective date of the Plan equal to the allowed amount of such claim, unless a particular claimant agrees to a different treatment or the class agrees to deferred cash payments.

Debtor Name _Excel Auto & Transportation LLC_    Case number _____

The following chart lists all classes containing claims under §§ 507(a)(1), (4), (5), (6), and (7) of the Code and their proposed treatment under the Plan:

| Class # | Description | Impairment? | Treatment |
|---|---|---|---|
| | Priority unsecured claim pursuant to section [insert] | ☐ Impaired<br>☐ Unimpaired | |
| | Total amount of claims    $ | | |
| | Priority unsecured claim pursuant to section [insert] | ☐ Impaired<br>☐ Unimpaired | |
| | Total amount of claims    $ | | |

### 3. Classes of general unsecured claims

General unsecured claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code. [Insert description of § 1122(b) convenience class if applicable.]

The following chart identifies the Plan's proposed treatment of classes ☐ through ☐, which contain general unsecured claims against the Debtor:

| Class # | Description | Impairment? | Treatment |
|---|---|---|---|
| | [1122(b) Convenience Class] | ☐ Impaired<br>☐ Unimpaired | [Insert proposed treatment, such as "Paid in full in cash on effective date of the Plan or when due under contract or applicable nonbankruptcy law"] |
| | General unsecured class | ☐ Impaired<br>☐ Unimpaired | [Monthly] payment    $<br>Payments begin<br>Payments end<br>[Balloon payment]    $<br>Interest rate from [date]    %<br>Estimated percent of claim paid    % |

Debtor Name *Excel Auto & Transportation LLC*                Case number_____

**4. Classes of equity interest holders**

Equity interest holders are parties who hold an ownership interest (*i.e.*, equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are equity interest holders. In a partnership, equity interest holders include both general and limited partners. In a limited liability company (*LLC*), the equity interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the equity interest holder.

The following chart sets forth the Plan's proposed treatment of the classes of equity interest holders: [There may be more than one class of equity interests in, for example, a partnership case, or a case where the prepetition Debtor had issued multiple classes of stock.]

| Class # | Description | Impairment? | Treatment |
|---|---|---|---|
| | Equity interest holders | ☐ Impaired<br>☐ Unimpaired | |

**D. Means of Implementing the Plan**

**1. Source of payments**

Payments and distributions under the Plan will be funded by the following:

[Describe the source of funds for payments under the Plan.]

*Repayment will come from proceeds of the dump truck*

**2. Post-confirmation Management**

The Post-Confirmation Management of the Debtor (including officers, directors, managing members, and other persons in control), and their compensation, shall be as follows:

| Name | Position | Compensation |
|---|---|---|
| | | |
| | | |
| | | |

**E. Risk Factors**

The proposed Plan has the following risks:

[List all risk factors that might affect the Debtor's ability to make payments and other distributions required under the Plan.]

Debtor Name _Excel Auto E Transpol de dia LLC_    Case number_____

### F. Executory Contracts and Unexpired Leases

The Plan in Article 6 lists all executory contracts and unexpired leases that the Debtor will assume, and if applicable assign, under the Plan. *Assumption* means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Code, if any. Article 6 also lists how the Debtor will cure and compensate the other party to such contract or lease for any such defaults.

If you object to the assumption, and if applicable the assignment, of your unexpired lease or executory contract under the Plan, the proposed cure of any defaults, the adequacy of assurance of performance, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan, unless the Court has set an earlier time.

All executory contracts and unexpired leases that are not listed in Article 6 or have not previously been assumed, and if applicable assigned, or are not the subject of a pending motion to assume, and if applicable assign, will be rejected under the Plan. Consult your adviser or attorney for more specific information about particular contracts or leases.

If you object to the rejection of your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan.

[The deadline for filing a Proof of Claim based on a claim arising from the rejection of a lease or contract is
_____.

Any claim based on the rejection of a contract or lease will be barred if the proof of claim is not timely filed, unless the Court orders otherwise.]

### G. Tax Consequences of Plan

Creditors and equity interest holders concerned with how the plan may affect their tax liability should consult with their own accountants, attorneys, and/or advisors.

The following are the anticipated tax consequences of the Plan: [List the following general consequences as a minimum:

(1)   Tax consequences to the Debtor of the Plan;

(2)   General tax consequences on creditors of any discharge, and the general tax consequences of receipt of plan consideration after confirmation.]

Debtor Name *Excel Auto & Transportation LLC*                Case number_____

---

**IV. Confirmation Requirements and Procedures**

---

To be confirmable, the Plan must meet the requirements listed in §1129 of the Code. These include the requirements that:

— the Plan must be proposed in good faith;

— if a class of claims is impaired under the Plan, at least one impaired class of claims must accept the Plan, without counting votes of insiders;

— the Plan must distribute to each creditor and equity interest holder at least as much as the creditor or equity interest holder would receive in a chapter 7 liquidation case, unless the creditor or equity interest holder votes to accept the Plan; and

— the Plan must be feasible.

These requirements are <u>not</u> the only requirements listed in § 1129, and they are not the only requirements for confirmation.

**A. Who May Vote or Object**

Any party in interest may object to the confirmation of the Plan if the party believes that the requirements for confirmation are not met.

Many parties in interest, however, are not entitled to vote to accept or reject the Plan. Except as stated in Part IV.A.3 below, a creditor or equity interest holder has a right to vote for or against the Plan only if that creditor or equity interest holder has a claim or equity interest that is both

(1) allowed or allowed for voting purposes and

(2) impaired.

In this case, the Plan Proponent believes that classes [_____] are impaired and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan. The Plan Proponent believes that classes [_____] are unimpaired and that holders of claims in each of these classes, therefore, do not have the right to vote to accept or reject the Plan.

**1. What is an allowed claim or an allowed equity interest?**

Only a creditor or equity interest holder with an allowed claim or an allowed equity interest has the right to vote on the Plan. Generally, a claim or equity interest is allowed if either

(1) the Debtor has scheduled the claim on the Debtor's schedules, unless the claim has been scheduled as disputed, contingent, or unliquidated, or

(2) the creditor has filed a proof of claim or equity interest, unless an objection has been filed to such proof of claim or equity interest.

When a claim or equity interest is not allowed, the creditor or equity interest holder holding the claim or equity interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or equity interest for voting purposes pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.

**The deadline for filing a proof of claim in this case was**     [_____].

**[If applicable – The deadline for filing objections to claims is**     [_____]]

**2. What is an impaired claim or impaired equity interest?**

As noted above, the holder of an allowed claim or equity interest has the right to vote only if it

Debtor Name  Excel Auto & Transportation LLC   Case number_____

is in a class that is *impaired* under the Plan. As provided in § 1124 of the Code, a class is considered *impaired* if the Plan alters the legal, equitable, or contractual rights of the members of that class.

### 3. Who is not entitled to vote

The holders of the following five types of claims and equity interests are *not* entitled to vote:

- holders of claims and equity interests that have been disallowed by an order of the Court;
- holders of other claims or equity interests that are not "allowed claims" or "allowed equity interests" (as discussed above), unless they have been "allowed" for voting purposes;
- holders of claims or equity interests in unimpaired classes;
- holders of claims entitled to priority pursuant to §§ 507(a)(2), (a)(3), and (a)(8) of the Code;
- holders of claims or equity interests in classes that do not receive or retain any value under the Plan; and
- administrative expenses.

**Even if you are not entitled to vote on the plan, you have a right to object to the confirmation of the Plan [and to the adequacy of the Disclosure Statement].**

### 4. Who can vote in more than one class

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim, or who otherwise hold claims in multiple classes, is entitled to accept or reject a Plan in each capacity, and should cast one ballot for each claim.

## B. Votes Necessary to Confirm the Plan

If impaired classes exist, the Court cannot confirm the Plan unless:

(1) all impaired classes have voted to accept the Plan; or

(2) at least one impaired class of creditors has accepted the Plan without counting the votes of any insiders within that class, and the Plan is eligible to be confirmed by "cram down" of the non-accepting classes, as discussed later in Section B.2.

### 1. Votes necessary for a class to accept the plan

A class of claims accepts the Plan if both of the following occur:

(1) the holders of more than ½ of the allowed claims in the class, who vote, cast their votes to accept the Plan, and

(2) the holders of at least ⅔ in dollar amount of the allowed claims in the class, who vote, cast their votes to accept the Plan.

A class of equity interests accepts the Plan if the holders of at least ⅔ in amount of the allowed equity interests in the class, who vote, cast their votes to accept the Plan.

### 2. Treatment of non-accepting classes of secured claims, general unsecured claims, and interests

Even if one or more impaired classes reject the Plan, the Court may nonetheless confirm the Plan upon the request of the Plan proponent if the non-accepting classes are treated in the manner prescribed by § 1129(b) of the Code. A plan that binds non-accepting classes is commonly referred to as a *cram down* plan. The Code allows the Plan to bind non-accepting classes of claims or equity interests if it meets all the requirements for consensual confirmation except the voting requirements of § 1129(a)(8) of the Code, does not *discriminate unfairly*, and

Debtor Name *Excel Auto & Transportation LLC*                    Case number_____

is *fair and equitable* toward each impaired class that has not voted to accept the Plan.

**You should consult your own attorney if a *cram down* confirmation will affect your claim or equity interest, as the variations on this general rule are numerous and complex.**

### C. Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to this Disclosure Statement as *Exhibit E*.

### D. Feasibility

The Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

#### 1. Ability to initially fund plan

The Plan Proponent believes that the Debtor will have enough cash on hand on the effective date of the Plan to pay all the claims and expenses that are entitled to be paid on that date. Tables showing the amount of cash on hand on the effective date of the Plan, and the sources of that cash are attached to this disclosure statement as *Exhibit F*.

#### 2. Ability to make future plan payments and operate without further reorganization

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business.

The Plan Proponent has provided projected financial information. Those projections are listed in *Exhibit G*.

The Plan Proponent's financial projections show that the Debtor will have an aggregate annual average cash flow, after paying operating expenses and post-confirmation taxes, of $ [          ].

The final Plan payment is expected to be paid on [          ].

[Summarize the numerical projections, and highlight any assumptions that are not in accord with past experience. Explain why such assumptions should now be made.]

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections.**

Debtor Name _Excel Auto & Transportation LLC_     Case number_____

---

| V. Effect of Confirmation of Plan |

---

**A.    Discharge of Debtor**

Check one box.

❑        **Discharge if the Debtor is an individual and 11 U.S.C. § 1141(d)(3) is not applicable.** Confirmation of the Plan does not discharge any debt provided for in the Plan until the court grants a discharge on completion of all payments under the Plan, or as otherwise provided in § 1141(d)(5) of the Code. Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

❑        **Discharge if the Debtor is a partnership and § 1141(d)(3) of the Code is not applicable.** On the effective date of the Plan, the Debtor shall be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the effective date, to the extent specified in § 1141(d)(1)(A) of the Code. However, the Debtor shall not be discharged from any debt imposed by the Plan. After the effective date of the Plan your claims against the Debtor will be limited to the debts imposed by the Plan.

❑        **Discharge if the Debtor is a corporation and § 1141(d)(3) is not applicable.** On the effective date of the Plan, the Debtor shall be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the effective date, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor shall not be discharged of any debt:

        (i)        imposed by the Plan, or

        (ii)       to the extent provided in 11 U.S.C. § 1141(d)(6).

☑        **No Discharge if § 1141(d)(3) is applicable.** In accordance with § 1141(d)(3) of the Code, the Debtor will not receive any discharge of debt in this bankruptcy case.

**B. Modification of Plan**

The Plan Proponent may modify the Plan at any time before confirmation of the Plan. However, the Court may require a new disclosure statement and/or re-voting on the Plan.

**[If the Debtor is not an individual, add the following:**

The Plan Proponent may also seek to modify the Plan at any time after confirmation only if

(1) the Plan has not been substantially consummated and
(2) the Court authorizes the proposed modifications after notice and a hearing.]

**[If the Debtor is an individual, add the following:**

Upon request of the Debtor, the United States trustee, or the holder of an allowed unsecured claim, the Plan may be modified at any time after confirmation of the Plan but before the completion of payments under the Plan, to

(1)    increase or reduce the amount of payments under the Plan on claims of a particular class,

(2)    extend or reduce the time period for such payments, or

(3)    alter the amount of distribution to a creditor whose claim is provided for by the Plan to the extent necessary to take account of any payment of the claim made other than under the Plan.]

---

Debtor Name *Excel Auto & Transportation LLC*    Case number _____

## C. Final Decree

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent, or such other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case. Alternatively, the Court may enter such a final decree on its own motion.

## VI. Other Plan Provisions

[Insert other provisions here, as necessary and appropriate.]

✗ *Michael Jones / Owner*          *Michael    Jones*
[Signature of the Plan Proponent]          [Printed Name]

✗ _____          _____
[Signature of the Attorney for the Plan Proponent]          [Printed Name]

Debtor Name _Excel Auto & Transportation LLC_    Case number_____

# Exhibits

**Exhibit A:  Copy of Proposed Plan of Reorganization**

Debtor Name *Excel Auto & Transportation LLC*          Case number_____

**Exhibit B: Identity and Value of Material Assets of Debtor**

Debtor Name  *Excel Auto & Transportation LLC*    Case number_____

**Exhibit C: Prepetition Financial Statements**
(to be taken from those filed with the court)

Debtor Name _Excel Auto & Transportation LLC_      Case number_____

**Exhibit D: [Most Recently Filed Postpetition Operating Report]**
**[Summary of Postpetition Operating Reports]**

Debtor Name *Excel Auto & Transportation LLC*          Case number _____

**Exhibit E: Liquidation Analysis**


**Plan Proponent's Estimated Liquidation Value of Assets**

| Assets | | |
|---|---|---|
| a. | Cash on hand | $ |
| b. | Accounts receivable | $ |
| c. | Inventory | $ |
| d. | Office furniture and equipment | $ |
| e. | Machinery and equipment | $ |
| f. | Automobiles | $ |
| g. | Building and land | $ |
| h. | Customer list | $ |
| i. | Investment property  (such as stocks, bonds or other financial assets) | $ |
| j. | Lawsuits or other claims against third-parties | $ |
| K | Other intangibles (such as avoiding powers actions) | $ |

| **Total Assets at Liquidation Value** | | | $ |
|---|---|---|---|
| Less: | Secured creditors' recoveries | – | $ |
| Less: | Chapter 7 trustee fees and expenses | – | $ |
| Less: | Chapter 11 administrative expenses | – | $ |
| Less: | Priority claims, excluding administrative expense claims | – | $ |
| [Less: | Debtor's claimed exemptions] | – | $ |

| (1) | Balance for unsecured claims | $ |
|---|---|---|
| (2) | Total dollar amount of unsecured claims | $ |

**Percentage of claims which unsecured creditors would receive or retain in a chapter 7 liquidation:**          %

**Percentage of claims which unsecured creditors will receive or retain under the Plan:**          %    [Divide (1) by (2)]

Debtor Name *Excel Auto & Transportation LLC*    Case number_____

**Exhibit F: Cash on hand on the effective date of the Plan**

| | | | $ |
|---|---|---|---|
| **Cash on hand on effective date of plan** | | | |
| Less: | Amount of administrative expenses payable on effective date of the Plan | – | $ |
| Less: | Amount of statutory costs and charges | – | $ |
| Less: | Amount of cure payments for executory contracts | – | $ |
| Less: | Other Plan payments due on effective date of the Plan | – | $ |
| **Balance after paying these amounts** | | | $ |

The sources of the cash Debtor will have on hand by the effective date of the Plan are estimated as follows:

| | |
|---|---|
| Cash in Debtor's bank account now | $ |
| Net earnings between now and effective date of the Plan [State the basis for such projections] | $ |
| Borrowing [Separately state terms of repayment] | $ |
| Capital contributions | $ |
| Other | $ |
| **Total** (This number should match "cash on hand" figure noted above) | $ |

Debtor Name *Excel Auto E Transportation LLC*    Case number_____

**Exhibit G: Projections of Cash Flow for Post-Confirmation Period**

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
   amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: *September*                                    Date report filed: *10/10/2023*
                                                                          MM / DD / YYYY
Line of business: *Trucking*                          NAISC code: *484122*

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    *Excel Aude & Transportation LLC*
Original signature of responsible party    *Michael Jones / Owner*
Printed name of responsible party      *Michael Jones / owner*

---

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☑ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Excel Auto & Transportation LLC_    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 1,000.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 0

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 2,000.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 1,000.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 0.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0

    *(Exhibit E)*

Debtor Name *Excel Auto & Transportation LLC*    Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ 8 500.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    0

27. What is the number of employees as of the date of this monthly report?       0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0

30. How much have you paid this month in other professional fees?                                        $ 0

31. How much have you paid in total other professional fees since filing the case?                       $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 20,000.00 | − $ _____ | | = $ _____ |
| 33. **Cash disbursements** | $ 8,000.00 | − $ _____ | | = $ _____ |
| 34. **Net cash flow** | $ 12,000.00 | − $ _____ | | = $ _____ |

35. Total projected cash receipts for the next month:                              $ _____

36. Total projected cash disbursements for the next month:                       − $ _____

37. Total projected net cash flow for the next month:                            = $ _____

Debtor Name *Excel Auto & Transportation LLC*    Case number_____

---

### ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                        (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1** Creditor's name

*Paradigm Equipment Finance*

Creditor's mailing address

*5403 Olympic DR. NW #200*
*Gig Harbor, WA 98335*

Creditor's email address, if known

*dsossaman@orionfirst.com*

Date debt was incurred _____

Last 4 digits of account number  *6 9 4 8*

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien

*2016 Mack Dumptruck*
*1M1AW01Y5CM008329*

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: $ *125,000*    Value of collateral: $ _____

**2.2** Creditor's name _____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

Debtor _Excel Auto & Transportation LLC_ _____ Case number *(if known)* _____

Name

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _Excel Auto & Transportation LLC_      Case number *(if known)* _____
     Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify your case:**

Debtor 1 _____
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                              (State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Current Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 |
| --- | --- | --- |
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $20,000.00 | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ Ø | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ Ø | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $20,000 | $_____ | | | |
| Ordinary and necessary operating expenses | – $10,000 | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $10,000 | $_____ | Copy here → | $10,000. | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here → | $_____ | $_____ |

Debtor 1 _Michael_ _Howard_ _Jones_    Case number (if known) _____
         First Name  Middle Name  Last Name

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|

7. **Interest, dividends, and royalties** — $_____ — $_____

8. **Unemployment compensation** — $_____ — $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:............................. ↓

For you ............................................................... $_____

For your spouse.................................................... $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ ⊘    $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    $ ⊘    $_____

_____    $_____    $_____

Total amounts from separate pages, if any.    + $_____    + $_____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$_____  +  $_____  =  $_____

**Total current monthly income**

---

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ _Michael Jones/Owner_    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date _10 / 10 / 2023_    Date _____
     MM / DD / YYYY         MM / DD / YYYY

| Fill in this information to identify the case: |
| --- |
| Debtor name |
| United States Bankruptcy Court for the: _____ District of _____ |
| (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Paradigm Equipment 5403 Olympic Drive NW #900 Gig Harbor, WA 98335 | Dianne Salsman dsossaman@orion first.com 253-358-4187 | | unliqui dated | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor  *Excel Auto & Transportation LLC*
_Name_

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

## NOTIFICATION OF DISPOSITION OF COLLATERAL – Private Sale

Excel Auto & Transportation LLC
Michael Jones
89 Old Trolley Rd Ste 101-B
Summerville, SC 29485

From: Paradigm Equipment Finance
c/o Orion First Financial
5403 Olympic Dr. NW #200
Gig Harbor, WA 98335

Name of Debtor:    Excel Auto & Transportation LLC 40556948

September 15, 2023

**Collateral Security Interest:**  The Master Lease Agreement grants to Secured Party a collateral security interest in certain personal property of Debtor described in the Master Lease Agreement as the Collateral and as summarized in more detail below.

**Collateral Subject to Disposition**:  The Collateral covered by this Notification of Disposition of Collateral consists of the personal property which is generally described as:

1.   2016 Mack Dump Truck 1M1AW01Y5GM008329
     **Disposition of Collateral**:  Pursuant to its rights and remedies under the Master Lease Agreement and applicable law, Secured Party will **sell and dispose of its Collateral by private sale on or after September 25, 2023** . Secured Party believes that disposing of the Collateral in this manner is in all aspects a commercially reasonable disposition of the Collateral, including the method, manner, time, place, and other terms. Please let us know immediately if you have any concerns with any of these aspects of the sale. Should we fail to hear from you, we will assume that you waive any objections to the details surrounding this sale.
     **Disposition of Collateral**:  Pursuant to its rights and remedies under the Master Lease Agreement and applicable law, Secured Party will **sell and dispose of its Collateral by private sale on or after September 25, 2023** . Secured Party believes that disposing of the Collateral in this manner is in all aspects a commercially reasonable disposition of the Collateral, including the method, manner, time, place, and other terms. Please let us know immediately if you have any concerns with any of these aspects of the sale. Should we fail to hear from you, we will assume that you waive any objections to the details surrounding this sale.

**Accounting:**  Debtor is entitled to an accounting of the unpaid indebtedness secured by the Collateral that Secured Party intends to dispose of pursuant to private sale.  Secured Party may be contacted at the address and telephone number listed above to obtain a written accounting of the unpaid indebtedness. Verbal payoff quotes are not to be relied upon by Debtor or Guarantor.

**Notice to Guarantor**:  Guarantor is hereby advised that Secured Party's sale and disposition of the Equipment may impact Guarantor's liability.  Guarantor is therefore encouraged to seek appropriate legal counsel on his rights and remedies.

**Notice to Bankruptcy Debtors**: Secured Party is not attempting to violate the automatic stay provision or any other provision of the United States Bankruptcy Code. If you received this notice and are a debtor in a pending bankruptcy case, or if your obligations have been discharged in a bankruptcy case, this notice is being provided to you solely for informational and compliance purposes and is not a request for payment.

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Filing ID: 221021-1352306

Filing Date: 10/21/2022

Oct 21 2022
REFERENCE ID: 1146414

**STATE OF SOUTH CAROLINA
SECRETARY OF STATE**

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

**OF CHANGE OF (1) DESIGNATED OFFICE, (2) AGENT FOR SERVICE OF
PROCESS, OR (3) ADDRESS OF AGENT
LIMITED LIABILITY COMPANY – DOMESTIC AND FOREIGN**

Pursuant to the 1976 S.C. Code of Laws, as amended, §33-44-109, the limited liability company submits the following statement of change.

1. The name of the limited liability company is:

EXCEL AUTO & TRANSPORTATION LLC

2. The limited liability company is (check either "a" or "b", whichever is applicable):

[X]  a. A South Carolina limited liability company.

[ ]  b. A foreign limited liability company authorized to transact business in South Carolina.

3. a. The South Carolina street address of the current designated office for the limited liability company is:
220 DOVETAIL CIRCLE

(Street Address)

SUMMERVILLE, South Carolina 29483

(City, State, Zip Code)

b. The name of the company's current agent for service of process is:

james staley

(Name)

c. The South Carolina street address of the current registered agent's office is:
220 dovetail circle

(Street Address)

summerville, South Carolina 29483

(City, State, Zip Code)

4. Check and complete all boxes (a-c) that apply.

[X]  a. The company is changing the address of its designated office.

The new South Carolina address of the designated office of the limited liability company is:
89 OLD TROLLEY ROAD SUITE 101-B

(Street Address)

SUMMERVILLE, South Carolina 29485

(City, State, Zip Code)

Form Revised by South Carolina Secretary of State, August 2016
F0080

SC Secretary of State
Mark Hammond

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Oct 21 2022
REFERENCE ID: 1146414

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

EXCEL AUTO & TRANSPORTATION LLC

Name of Limited Liability Company

**X** b. The company is changing its agent for service of process.

The name of the company's new agent for service of process is:

Michael Jones
_____
(Name)

I hereby consent to the appointment as registered agent.

michael jones
_____
(Agent's Signature)

**X** c. The company is changing the street address of the agent for service of process.

The new South Carolina street address of the registered agent's office is:
89 OLD TROLLEY ROAD SUITE 101-B
_____
(Street Address)

SUMMERVILLE, South Carolina 29485
_____
(City, State, Zip Code)

5. Unless otherwise specified, these articles are effective when endorsed for filing by the Secretary of State. Specify the

time and date of any delayed effective date _____
                                                    (Date)

Date: 10/21/2022
_____

Signed as Authorized Signature:  MICHAEL JONES
_____
(Signature)

MICHAEL JONES
_____
(Print Name)

Capacity/Position of Person Signing (**You must check one box.**)

**X** Manager    ☐ Member    ☐ Organizer

☐ Fiduciary    ☐ Attorney-in-Fact

Form Revised by South Carolina Secretary of State, August 2016
F0080/F0086

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Oct 21 2022
REFERENCE ID: 1146362

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

Filing ID: 221021-1316506

Filing Date: 10/21/2022

**STATE OF SOUTH CAROLINA**

**SECRETARY OF STATE**

**AMENDED ARTICLES OF ORGANIZATION**
**LIMITED LIABILITY COMPANY -DOMESTIC**

Pursuant to the 1976 S.C. Code of Laws, as amended, Section 33-44-204(a), the undersigned limited liability company adopts the following amended articles of organization:

1. The name of the limited liability company is:

> J & M MOTOR GROUP LLC

2. The date the articles of organization were filed is __08/03/2018__.

3. The articles of organization are amended in the following respects, of which all amended provisions may lawfully be included in the articles of organization. If the space on this form is not sufficient, please attach additional sheets containing a reference to the appropriate paragraph on this form.

> Amended Entity Name: EXCEL AUTO & TRANSPORTATION LLC

Signature: __Signed as Authorized Signature:  MICHAEL JONES__

Capacity/Position of Person Signing (you must check one box):

[X] Manager   [ ] Member   [ ] Organizer

[ ] Fiduciary   [ ] Attorney-in-Fact

MICHAEL JONES
(Print or Type Name)

Date: __10/21/2022__

Form Revised by South Carolina Secretary of State, August 2016
F0030

SC Secretary of State
Mark Hammond